**Order entered October 15, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00813-CV

### EDWARD KELLY, EDWARD KELLY D/B/A
### KELLY PLUMBING & LEAK DETECTION, AND BRITTANY KELLY, Appellants

### V.

### SANJAI R. ISAAC, M.D., REBECCA ISAAC, MERIDIAN REVOCABLE TRUST,
### BARBARA HEIDEN, SHELLEY OLIVER, AND BLAKE MYERS, Appellees

**On Appeal from the County Court at Law No. 7**
**Collin County, Texas**
**Trial Court Cause No. 007-01284-2017**

## ORDER

Before the Court is appellants' October 14, 2019 third and final unopposed motion for extension of time to file their opening brief. We **GRANT** the motion and **ORDER** appellants' opening brief be filed no later than November 12, 2019.

/s/    ERIN A. NOWELL
          JUSTICE